# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Roger Stevenson,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:08cv305

Unit Manager April Shoup et al,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/14/2008 Order.


Signed: July 14, 2008

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court