# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Roger Stevenson ,

    Plaintiff(s),

vs.

Unit Manager April NMN Shoup , et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv305

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 9, 2009 Order.

Signed: October 9, 2009

Frank G. Johns, Clerk
United States District Court